# EXHIBIT 1

# United States Patent Office

**812,033**
Registered Aug. 2, 1966

## PRINCIPAL REGISTER
Trademark

Ser. No. 178,525, filed Oct. 8, 1963

# BOSCH

Robert Bosch Gesellschaft mit beschränkter Haftung
(German corporation)
4 Breitscheidstrasse,
Stuttgart, Germany

For: ELECTRIC TOOLS AND PORTABLE AND MOVABLE ELECTRIC MACHINE TOOLS, COMPRISING HAND MACHINE TOOLS AND THEIR PARTS, MULTIPURPOSE HAND MOTORS, PORTABLE ELECTRIC TOOLS—NAMELY, DRILLING MACHINES, DRILLING AND REAMING MACHINES, GRINDERS, NUT RUNNERS, TAPPERS, SHEET METAL SHEARS, MILLING MACHINES, POLISHERS FOR WET AND DRY POLISHING, ROLL PICKERS FOR CLEANING OF SPINNING MACHINES, DRILL HAMMERS, DRILLING BLOWERS, PERCUSSION HAMMERS, PLUMBER'S AND ELECTRICIAN'S POWER HAMMERS, TOOLS, SUCH AS DRILLS, MILLING CUTTER FILES, WOODWORKING TOOLS (RASPS), COUNTER-SINKING TOOLS, FILING DISCS, POLISHING CUPS AND DISCS, BRUSHES, GRINDING DISCS, SHAPERS; SUPPORTS FOR ELECTRIC HAND MOTORS; BUILDER'S POWER HAMMERS; MAGNETIC TOOLS—NAMELY, MAGNETIC CHUCKS FOR WORKPIECES AND TOOLS, MAGNETIC BASES FOR TOOLS AND MEASURING INSTRUMENTS; ELECTRIC MACHINES FOR DOMESTIC USE FOR PREPARING FOOD, AND ACCESSORIES COMPRISING KNEADERS, MIXERS, LIQUIDIZERS, SLICERS, SHREDDERS, POMMES-FRITTES (POTATO CHIP) DISCS, POTATO PEELERS, CITRUS PRESSES, MEAT MINCERS, JUICE EXTRACTING ATTACHMENTS, GRATING ATTACHMENTS, NOODLE MAKING ATTACHMENTS, FRITTER MAKING ATTACHMENTS, SAUSAGE STUFFERS; REFRIGERATOR CONTROLS, AND PARTS OF ALL OF THE SAID GOODS—in CLASS 21.

First use 1928; in commerce July 1932.

Owner of German Reg. No. 632,051, dated July 16, 1951.

A. D. HOOKS, J. R. STERBA, *Examiners.*

# United States Patent Office

**812,075**
Registered Aug. 2, 1966

## PRINCIPAL REGISTER
### Trademark

Ser. No. 178,524, filed Oct. 8, 1963

# BOSCH

Robert Bosch Gesellschaft mit Beschränkter Haftung
(German corporation)
4 Breitscheidstrasse
Stuttgart, Germany

For: MULTI-PURPOSE HAND MOTORS, DRILL-ING MACHINES AND SUPPORTS FOR DRILLING MACHINES, DRILLING AND REAMING MA-CHINES, GRINDERS, NUT RUNNERS, TAPPERS, SHEET METAL SHEARS, MILLING MACHINES, POLISHERS FOR WET AND DRY POLISHING, ROLL PICKERS FOR CLEANING OF SPINNING MA-CHINES, DRILL HAMMERS, DRILLING BLOWERS, BORING BARS, HARD METAL DRILLING BITS, PERCUSSION HAMMERS, PLUMBER'S POWER HAMMERS, BUILDER'S POWER HAMMERS, IN-SERT TOOLS, SUCH AS DRILLS, MILLING CUT-TER FILES, WOOD WORKING TOOLS (RASPS), COUNTERSINKING TOOLS, FILING DISCS, POL-ISHING CUPS AND DISCS, BRUSHES, GRINDING DISCS, SHAPERS; SUPPORTS FOR HAND MOTORS; MOTOR COMPRESSOR UNITS; VIBRATORS; ELEC-TRIC MACHINES AND ACCESSORIES (FOR COM-MERCIAL USE) FOR PREPARING FOOD COMPRIS-ING KNEADERS, MIXERS, LIQUIDIZERS, SLICERS, SHREDDERS, POMMES-FRITES (POTATO CHIP) DISCS, POTATO PEELERS, CITRUS PRESSES, MEAT MINCERS, JUICE EXTRACTING ATTACHMENTS, GRATING ATTACHMENTS, NOODLE-MAKING AT-TACHMENTS, FRITTER-MAKING ATTACHMENTS, SAUSAGE STUFFERS, in CLASS 23.

First use 1928; in commerce July 1932.

Owner of German Reg. No. 632,051, dated July 16, 1951.

A. D. HOOKS, J. R. STERBA, *Examiners.*

# United States Patent Office

**812,138**
Registered Aug. 2, 1966

## PRINCIPAL REGISTER
### Trademark

Ser. No. 178,526, filed Oct. 8, 1963

# BOSCH

Robert Bosch Gesellschaft mit beschränkter Haftung
(German corporation)
4 Breitscheidstrasse
Stuttgart, Germany

For: REFRIGERATORS AND PARTS OF REFRIG-
ERATORS, COMPRISING COOLING AND CON-
DENSING UNITS, COMPRESSORS, EVAPORATORS,
AND REFRIGERATOR CABINETS, in CLASS 31.
First use 1933; in commerce February 1958.
Owner of German Reg. No. 445,013, dated Feb. 5,
1932; and U.S. Reg. No. 712,844.

A. D. HOOKS, J. R. STERBA, *Examiners*.

Int. Cl.: 11

Prior U.S. Cls.: 21, 31, 34 and 44

**United States Patent and Trademark Office**

Reg. No. 1,179,992
Registered Dec. 1, 1981

## TRADEMARK
### Principal Register

## BOSCH

Robert Bosch Gesellschaft mit beschränkter Haftung (Fed. Rep. of Germany limited joint stock company)
Stuttgart, Fed. Rep. of. Germany

For: ELECTRIC HEADLAMPS, ELECTRIC FOG AND DRIVING LIGHTS, ELECTRIC SPOTLIGHTS, ELECTRIC FLOODLIGHTS; AIR CONDITIONERS, ELECTRIC RANGES, MICROWAVE OVENS, PLATE WARMERS, DEEP FREEZERS; HAND HELD HAIR DRYERS, in CLASS 11 (U.S. Cls. 21, 31, 34 and 44).

Owner of Fed. Rep. of Germany Reg. No. 631,183, dated Feb. 23, 1951, expires Feb. 23, 1991.

Owner of U.S. Reg. Nos. 812,138, 922,288 and others.

Ser. No. 246,702, filed Jan. 18, 1980.

ABRAM I. SACHS, Primary Examiner

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,180,033

## United States Patent and Trademark Office

Registered Dec. 1, 1981

### TRADEMARK
#### Principal Register

## BOSCH

Robert Bosch Gesellschaft mit beschrankter Haftung (Fed. Rep. of Germany limited joint stock company)
Stuttgart, Fed. Rep. of Germany

For: AIR BRAKES, PNEUMATIC SPRING SUSPENSIONS, ANTISKID BRAKES, ELECTRIC HORNS, ALL FOR LAND VEHICLES, in CLASS 12 (U.S. Cl. 19).

Owner of Fed. Rep. of Germany Reg. No. 631,183, dated Feb. 23, 1951, expires Feb. 23, 1991.

Owner of U.S. Reg. Nos. 922,288, 935,954 and others.

Ser. No. 246,703, filed Jan. 18, 1980.

ABRAM I. SACHS, Primary Examiner

Int. Cl.: 11

Prior U.S. Cl.: 21

## United States Patent and Trademark Office

Reg. No. 1,226,566
Registered Feb. 8, 1983

## TRADEMARK
### Principal Register

# BOSCH

Robert Bosch Gesellschaft mit beschränkter Haftung
(Fed. Rep. of Germany corporation)
Stuttgart, Fed. Rep. of Germany

For: DOMESTIC ELECTRIC APPLIANCES—NAMELY, CONTACT GRILLS, AUTOMATIC TOASTERS, EGG BOILERS, AUTOMATIC TEA AND COFFEE MAKERS; PLASTIC HEATED FOIL SEALERS FOR HOUSEHOLD USE, in CLASS 11 (U.S. Cl. 21).

Owner of Fed. Rep. of Germany Reg. No. 631,183, dated Feb. 23, 1951, expires Feb. 23, 1991.

Owner of U.S. Reg. Nos. 712,789, 812,138 and others.

Sec. 2(f).

Ser. No. 246,705, filed Jan. 18, 1980.

ABRAM I. SACHS, Examining Attorney

Int. Cl.: 11

Prior U.S. Cl.: 34

## United States Patent and Trademark Office

Reg. No. 1,467,187
Registered Dec. 1, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## BOSCH

ROBERT BOSCH GMBH (FED REP GERMANY CORPORATION)
ROBERT-BOSCH-PLATZ 1
GERLINGEN-SCHILLERHOHE, FED REP GERMANY

FOR: GAS WATER HEATERS, HEATER BROILERS, GAS BOOSTERS FOR SOLAR SYSTEMS, BLOWER GAS BURNERS, GAS IGNITORS FOR COMMERCIAL OR DOMESTIC USE, IN CLASS 11 (U.S. CL. 34).

FIRST USE 7–1–1981; IN COMMERCE 2–15–1984.

OWNER OF U.S. REG. NOS. 812,033, 1,229,009 AND OTHERS.

SEC. 2(F).

SER. NO. 472,693, FILED 3–28–1984.

CANDICE ABATE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21 and 26

**United States Patent and Trademark Office**

Reg. No. 1,569,353
Registered Dec. 5, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## BOSCH

ROBERT BOSCH GESELLSCHAFT MIT BESCHRANKTER HAFTUNG (FED REP GERMANY CORPORATION)
GERLINGEN-SCHILLERHOHE, FED REP GERMANY

FOR: WORKSHOP TEST BENCHES FOR TESTING STARTING MOTORS, GENERATORS, FUEL INJECTION PUMPS AND IGNITION DISTRIBUTORS; FUEL INJECTION NOZZLE TESTERS; CARBON MONOXIDE ANALYZERS; MONITORING APPARATUS FOR USE IN MEASURING CONCENTRATION OF OXYGEN AND GASES; TEMPERATURE CONTROLS, IN CLASS 9 (U.S. CLS. 21 AND 26).

FIRST USE 7-0-1950; IN COMMERCE 6-15-1978.

OWNER OF U.S. REG. NO. 812,033 AND OTHERS.

SEC. 2(F).

SER. NO. 753,107, FILED 9-20-1988.

RUSS HERMAN, EXAMINING ATTORNEY

Int. Cls.: 7 and 12

Prior U.S. Cls.: 19, 21, 23 and 31

Reg. No. 1,637,401

## United States Patent and Trademark Office

Registered Mar. 12, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## BOSCH

ROBERT BOSCH GMBH (FED REP GERMANY CORPORATION)
GERLINGEN-SCHILLERHOHE, FED REP GERMANY

FOR: STARTERS FOR COMBUSTION ENGINES AND DIESEL ENGINES (NOT FOR LAND VEHICLES); MAGNETOS, TRANSISTORIZED IGNITIONS FOR ENGINES; IGNITION COMPONENTS FOR ENGINES, NAMELY IGNITION COILS, IGNITION DISTRIBUTORS, CONTACT SETS AND SPARK PLUGS; ELECTRIC MOTORS (NOT FOR LAND VEHICLES); ELECTRIC GENERATORS AND ALTERNATORS; FUEL INJECTION SYSTEMS FOR GASOLINE ENGINES COMPRISING FUEL PUMPS, INJECTORS, FUEL RAILS, FUEL PRESSURE REGULATORS, GOVERNORS, IDLE SPEED ACTUATORS, THROTTLE SWITCHES AIR VALVES AND MAGNETIC VALVES; DIESEL ENGINE FUEL INJECTION EQUIPMENT, NAMELY, INJECTION PUMPS, NOZZLES, NOZZLE HOLDERS, DELIVERY VALVES, MAGNETIC VALVES AND TIMERS; FLAME STARTERS FOR DIESEL ENGINES; HEATING FLANGES, GLOW PLUGS FOR DIESEL ENGINES; AIR, OIL AND FUEL FILTERS FOR ENGINES (NOT FOR LAND VEHICLES); ELECTRO-HYDRAULIC PUMPS, HYDRAULIC ACCUMULATORS, HYDRAULIC CYLINDERS, HYDAULIC PISTON MOTORS, HYDRAULIC VALVES; PNEUMATIC CYLINDERS, PNEUMATIC DOOR ACTUATORS AND AIR COMPRESSORS, IN CLASS 7 (U.S. CLS. 19, 21 AND 23).

FIRST USE 6-0-1983; IN COMMERCE 10-1-1983.

FOR: STARTERS FOR LAND VEHICLE ENGINES; ELECTRIC MOTORS FOR LAND VEHICLES; AIR, OIL AND FUEL FILTERS FOR LAND VEHICLE ENGINES; HYDRAULIC STEERING PUMPS FOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23 AND 31).

FIRST USE 6-0-1983; IN COMMERCE 10-1-1983.

OWNER OF U.S. REG. NOS. 1,328,006, 1,335,927 AND OTHERS.

SEC. 2(F).

SER. NO. 74-008,735, FILED 12-7-1989.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21 and 26

**Reg. No. 1,641,945**

## United States Patent and Trademark Office    Registered Apr. 23, 1991

### TRADEMARK
### PRINCIPAL REGISTER

## BOSCH

ROBERT BOSCH GMBH (FED REP GERMANY CORPORATION)
GERLINGEN-SCHILLERHOEHE, FED REP GERMANY

FOR: MICROCOMPUTERS, MICROPROCESSORS, PROGRAM AND DATA MEMORY, INPUT AND OUTPUT CIRCUITRY AND SENSORS FOR MEASURING, CONTROLLING AND REGULATING THE IGNITION AND FUEL INJECTION OF AUTOMOTIVE VEHICLES; ELECTRONICALLY CONTROLLED GASOLINE INJECTION EQUIPMENT; EXHAUST GAS ANALYZERS; ELECTRIC BATTERIES; CONDENSERS; CAR FUSES; ELECTRIC SWITCHES; ELECTRIC CABLES; CAR AERIALS, INTERFERENCE SUPPRESSORS, IN CLASS 9 (U.S. CLS. 21 AND 26).

FIRST USE 1-1-1980; IN COMMERCE 9-1-1981.

OWNER OF U.S. REG. NOS. 1,328,006, 1,335,927 AND OTHERS.

SEC. 2(F).

SER. NO. 74-014,943, FILED 12-28-1989.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 35

**Reg. No. 1,642,718**

## United States Patent and Trademark Office    Registered Apr. 30, 1991

### TRADEMARK
#### PRINCIPAL REGISTER

## BOSCH

ROBERT BOSCH GMBH (FED REP GERMANY CORPORATION)
GERLINGEN-SCHILLERHOEHE, FED REP GERMANY

FOR: VEHICLE PARTS, NAMELY WIND-SHIELD WIPERS, WIPER BLADES, WIPER BLADE REFILLS AND WINDSHIELD WASH-ERS, IN CLASS 12 (U.S. CLS. 19 AND 35).

FIRST USE 6-0-1983; IN COMMERCE 10-1-1983.
OWNER OF U.S. REG. NOS. 1,328,006 AND 1,335,927.
SEC. 2(F).

SER. NO. 74-014,935, FILED 12-28-1989.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,088,521

Registered Aug. 19, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## BOSCH

ROBERT BOSCH GMBH (FED REP GERMANY CORPORATION)
ROBERT-BOSCH-PLATZ 1
70839 GERLINGEN-SCHILLERHOHE, FED REP GERMANY

FOR: INSTRUMENTS AND EQUIPMENT FOR MOTOR VEHICLE SYSTEM ANALYSIS, NAMELY, EXHAUST GAS AND DIESEL SMOKE ANALYZERS, BRAKE SYSTEM ANALYZERS, TESTING APPARATUS FOR DIAGNOSING PERFORMANCE IN SIMULATED DRIVING CONDITIONS; MOTOR TESTERS; WORKSHOP TEST BENCHES FOR USE IN CONNECTION WITH FUEL-INJECTION PUMPS, STARTER MOTORS AND GENERATORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-1950; IN COMMERCE 0-0-1963.

OWNER OF U.S. REG. NOS. 1,641,945 AND 1,642,718.

SEC. 2(F).

SER. NO. 74-618,827, FILED 1-9-1995.

RUSS HERMAN, EXAMINING ATTORNEY

Int. Cls.: 6, 7, 9 and 20

Prior U.S. Cls.: 2, 12, 13, 14, 19, 21, 22, 23, 25, 26, 31, 32, 34, 35, 36, 38 and 50

## United States Patent and Trademark Office

Reg. No. 2,149,986

Registered Apr. 14, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## BOSCH

ROBERT BOSCH GMBH (FED REP GERMANY CORPORATION)
ROBERT-BOSCH-PLATZ 1
70839 GERLINGEN-SCHILLERHOHE, FED REP GERMANY

FOR: METAL FRAMES FOR SUPPORTING INDUSTRIAL MACHINES; METAL SAFETY AND GUARD STRUCTURES FOR USE IN CONNECTION WITH INDUSTRIAL MACHINES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 0-0-1971; IN COMMERCE 0-0-1984.

FOR: TABLE MACHINE PRESSES; MATERIALS HANDLING EQUIPMENT, NAMELY, CONVEYOR BELTS AND CHAINS, INDUSTRIAL AND VIBRATORY CONVEYORS, TIPPING DEVICES, TRANSFER CONVEYORS; ELECTRICAL HANDLING DEVICES FOR INDUSTRIAL USE, NAMELY, GRIPPERS AND SWIVEL ARM ROBOTS; DEBURRING AND CONTOURING MACHINES FOR INDUSTRIAL USE AND SPINDLE DRIVES FOR MACHINE TOOLS USED IN MANUFACTURING; FROZEN FOOD PACKAGING MACHINES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 0-0-1971; IN COMMERCE 0-0-1984.

FOR: ELECTRIC CONTROLS FOR USE IN MANUFACTURING, NAMELY, COMPUTER CONTROLS FOR MACHINE TOOLS USED IN MANUFACTURING; RESISTANCE WELDING CONTROLS; BRUSHLESS SERVO CONTROL DRIVES; ROBOT CONTROLS; PROGRAMMABLE LOGIC CONTROLS FOR USE WITH INDUSTRIAL MANUFACTURING EQUIPMENT; ELECTRONIC CONTROLS FOR AUTOMATED ASSEMBLY PROCESSES IN THE MANUFACTURING FIELD, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1971; IN COMMERCE 0-0-1984.

FOR: MODULAR WORK PLACE UNITS, NAMELY, WORK TABLES, WORKBENCHES AND SWIVELING WORK SEATS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 0-0-1971; IN COMMERCE 0-0-1984.

OWNER OF U.S. REG. NOS. 812,033, 812,075 AND OTHERS.

SEC. 2(F).

SER. NO. 74-660,169, FILED 4-3-1995.

RUSS HERMAN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,295,602

## United States Patent and Trademark Office

Registered Nov. 30, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## BOSCH

ROBERT BOSCH GMBH (FED REP GERMANY CORPORATION)
ROBERT-BOSCH-PLATZ 1
D-70839 GERLINGEN, FED REP GERMANY

FOR: PLAYTHINGS. NAMELY, FUNCTION-AL TOYS THAT RESEMBLE POWER TOOLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF FED REP GERMANY REG. NO. 39803547.4,    DATED    1-26-1998,    EXPIRES 1-26-2008.
  SEC. 2(F).

SER. NO. 75-526,356, FILED 7-27-1998.

LAURA KOVAISKY, EXAMINING ATTORNEY

Int. Cls.: **7, 9, and 11**

Prior U.S. Cls.: **13, 19, 21, 23, 26, 31, 34, 35, 36, and 38**

**United States Patent and Trademark Office**

Reg. No. 2,364,788
Registered July 4, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## BOSCH

ROBERT BOSCH GMBH (FED REP GERMANY CORPORATION)
STUTTGART, FED REP GERMANY

FOR: ELECTRIC MOTORS AND HIGH FREQUENCY ELECTRIC GENERATORS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9-0-1996; IN COMMERCE 9-0-1996.

FOR: SCIENTIFIC NAUTICAL, GEODETIC, ELECTRICAL, CHEMICAL, PHYSICAL APPARATUSES AND INSTRUMENTS, NAMELY, SIGNAL RECORDERS, SIGNAL PROCESSORS, ELECTRONIC APPARATUS FOR SENDING, RECEIVING, STORING AND DISPLAYING DATA IN THE FORM OF AUDIO AND VIDEO SIGNALS; BLANK MAGNETIC DATA CARRIERS; ELECTRONIC MEASURING APPARATUS FOR USE IN NAVIGATIONAL SYSTEMS FOR LAND, AIR, SPACE AND WATER CRAFT; REGULATORS AND CONTROLLERS FOR USE IN NAVIGATIONAL SYSTEMS FOR LAND, AIR, SPACE AND WATER CRAFT; ANTI-INTRUSION ALARMS; POSITION-FINDING AND NAVIGATION SATELLITES FOR USE BY LAND, AIR, SPACE AND WATER CRAFT; POWER SUPPLIES; BATTERY CHARGING EQUIP-

MENT; SEMICONDUCTOR DEVICES; PRINTED CIRCUIT BOARDS; INTEGRATED CIRCUITS; ELECTRIC AND FIBER OPTIC CABLES; ELECTRIC SWITCHES; ELECTRIC SWITCHGEAR CABINETS; ELECTRONIC SENSORS AND DETECTORS FOR USE IN NAVIGATIONAL SYSTEMS FOR LAND, AIR, SPACE AND WATER CRAFT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1996; IN COMMERCE 9-0-1996.

FOR: SOLAR GENERATORS AND SOLAR COLLECTOR CELLS, ELECTRONIC AIR FILTERS FOR ALL USES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-0-1996; IN COMMERCE 9-0-1996.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 39409174.4, FILED 12-24-1994, REG. NO. 39409174, EXPIRES 12-31-2004.

OWNER OF U.S. REG. NO. 812,033 AND OTHERS. SEC. 2(F).

SN 74-693,700, FILED 6-26-1995.

RUSS HERMAN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,718,833
Registered May 27, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## BOSCH

ROBERT BOSCH GMBH (FED REP GERMANY
  CORPORATION)
ROBERT-BOSCH-PLATZ 1
70839, GERLINGEN, FED REP GERMANY

FOR: ELECTRIC AND ELECTRONIC MEASUR-
ING TOOLS PARTLY USING LASER TECHNICS,
ESPECIALLY FOR MEASURING DISTANCES,
HEIGHTS, ANGLES, GRADIENTS AND LOCATION
TOOLS FOR FINDING METAL AND OTHER MA-
TERIALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30154311.907,
FILED 9-11-2001, REG. NO. 30154311, DATED 10-15-
2001, EXPIRES 9-30-2011.

SEC. 2(F).

SER. NO. 76-376,502, FILED 3-1-2002.

BRIAN NEVILLE, EXAMINING ATTORNEY

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

Reg. No. 2,965,641

## United States Patent and Trademark Office

Registered July 12, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# BOSCH

ROBERT BOSCH GMBH (FED REP GERMANY CORPORATION)
ROBERT-BOSCH-PLATZ 1
D-70839 GERLINGEN, FED REP GERMANY

FOR: PNEUMATIC TOOLS—NAMELY, CUTTERS, DRILLS, GRINDERS, HAMMERS, SANDERS, SAWS AND SCREWDRIVERS, DEBURRING MACHINES, METAL CLEANING MACHINES; PACKAGING MACHINES FOR THE PHARMACEUTICAL INDUSTRY AND FOR THE CONSUMER GOODS INDUSTRY; DISH WASHERS, WASHING MACHINES, SPIN DRYERS, IRONING MACHINES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 12-31-1972; IN COMMERCE 12-31-1972.

SER. NO. 76-516,164, FILED 4-29-2003.

LAURA KOVALSKY, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,078,075
Registered Apr. 11, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## BOSCH

ROBERT BOSCH GMBH (FED REP GERMANY CORPORATION)
ROBERT-BOSCH-PLATZ 1
D-70839 GERLINGEN, FED REP GERMANY

FOR: DETECTORS AND DETECTION SYSTEMS, NAMELY, ELECTRONIC INTRUSION DETECTORS, MICROWAVE DETECTORS, PASSIVE INFRARED DETECTORS, PHOTOELECTRIC BEAM DETECTORS; MOTION DETECTORS; DETECTORS WITH BUILT IN CAMERAS; AUDIO GLASS BREAK DETECTORS; AND SAFE AND VAULT DETECTORS, BUT SPECIFICALLY EXCLUDING ELECTRIC DIGITAL INDUCTIVE LOOP VEHICLE DETECTORS; ELECTRONIC ALARMS AND ALARM CONTROL EQUIPMENT, NAMELY FIRE AND SMOKE SENSORS, FIRE AND SMOKE ALARMS, ALARM COMMUNICATION TRANSMITTERS, POWER SUPPLIES, AUDIO ALARM HORNS AND STROBE LIGHTS; ACCESS CONTROL EQUIPMENT AND SYSTEMS; NAMELY ELECTRONIC KEYS AND CARDS; READERS, DOOR CONTROLLERS, AND REQUEST-TO-EXIT SENSORS FOR DOORS; PERSONAL SAFETY AND ASSET TRACKING SYSTEMS COMPOSED OF RADIO TRANSMITTERS, RECEIVERS, ALERT UNITS, TRANSPONDERS, AND A CENTRAL COMPUTER WHICH RECEIVES THE ALARM AND TROUBLE SIGNALS, ACTIVATES THE ALERT UNITS WHICH TRIGGER ALARM UNITS, AND DISPLAYS THE USER'S OR ASSET'S NAME, DESCRIPTION AND CURRENT LOCATION ON ALARM MAP; CLOSED CIRCUIT TELEVISION PRODUCTS AND ACCESSORIES, NAMELY CAMERAS, MONITORS, SWITCHES, LENSES, VIDEO CASSETTE RECORDS, AND RELATED CCTV ACCESSORIES, NAMELY, VIDEO AMPLIFIERS, CAMERA HOUSINGS, VIDEO COMPRESSORS, PAN AND PAN-TILT HEADS, AND MOUNTING BRACKETS; SECURITY COMMUNICATION EQUIPMENT, NAMELY RADIOS, INTERCOMS, PAGERS AND WALKIE TALKIE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1998; IN COMMERCE 12-31-1998.

OWNER OF U.S. REG. NOS. 812,033, 1,569,353 AND OTHERS.

SEC. 2(F).

SER. NO. 76-519,057, FILED 5-13-2003.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Int. Cls.: 7, 9 and 11

Prior U.S. Cls.: 13, 19, 21, 23, 26, 31, 34, 35, 36 and 38

Reg. No. 3,564,853

## United States Patent and Trademark Office

Registered Jan. 20, 2009

### TRADEMARK
### PRINCIPAL REGISTER

# BOSCH

ROBERT BOSCH GMBH
ROBERT-BOSCH-PLATZ 1
70839 SCHILLERHÖHE, GERLINGEN
FED REP GERMANY

FOR: HOUSEHOLD AND ELECTRIC KITCHEN MACHINES AND APPARATUS, NAMELY, MINCING MACHINES, MIXING AND KNEADING MACHINES, ELECTRIC CLOTHING PRESSING MACHINES, JUICE EXTRACTORS, JUICE CENTRIFUGES, GRINDERS, SLICING MACHINES, ELECTRIC MOTOR-DRIVEN TOOLS, NAMELY, ELECTRIC CAN OPENERS, KNIFE SHARPENERS, MACHINES AND DEVICES FOR THE PREPARATION OF BEVERAGES AND FOOD, NAMELY, ELECTRIC FOOD PROCESSORS; ELECTRIC WASTE DISPOSAL UNITS, NAMELY, WASTE MASTICATORS AND COMPRESSORS; DISHWASHERS; ELECTRIC MACHINES AND APPLIANCES FOR TREATING LAUNDRY AND CLOTHING, NAMELY, WASHING MACHINES, CLOTHES IRONING MACHINES, LAUNDRY PRESSES; ELECTRIC CLEANING APPARATUS FOR HOUSEHOLD USE, NAMELY, WINDOW CLEANING MACHINES, SHOE CLEANING MACHINES, VACUUM CLEANERS AND PARTS THEREFORE, NAMELY, HOSES, PIPES, DUST FILTERS AN DUST FILTER BAGS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: ELECTRIC APPARATUS AND INSTRUMENTS, NAMELY, ELECTRIC IRONS, KITCHEN SCALES, PERSONAL SCALES; ELECTRIC FILM WRAP WELDING DEVICES, NAMELY, ELECTRIC ARC WELDERS; REMOTE CONTROLS FOR RADIO, TELEVISION, STEREO; ELECTRICAL CONTROLLERS; ELECTRIC APPARATUS OR DISPENSING BEVERAGES OR FOOD, NAMELY, VENDING MACHINES; DATA PROCESSORS AND DATA PROCESSING COMPUTER PROGRAMS FOR CONTROLLING AND OPERATING HOUSEHOLD APPLIANCES; IRON PRESSING MACHINES; RECORDED AND NOT RECORDED MACHINE READ-

ABLE DATA CARRIERS, NAMELY, MAGNETIC DATA CARRIERS FOR HOUSEHOLD APPLIANCES; VENDING MACHINES; DATA PROCESSORS FOR CONTROLLING AND OPERATING HOUSEHOLD APPLIANCES AND REPLACEMENT PARTS FOR AFOREMENTIONED GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: HEATING, STEAM PRODUCING, COOKING, BAKING, FRYING, GRILLING, TOASTING, THAWING AND HOT-KEEPING APPARATUS, NAMELY, ELECTRIC OVENS, ELECTRIC HOT PLATES, ELECTRIC IMMERSION HEATERS FOR FAST HEATING OF WATER, ELECTRIC COOKING POTS WITH INTEGRATED HEATING, MICROWAVE OVENS, COOLING DEVICES, NAMELY, REFRIGERATORS, FREEZERS, REFRIGERATOR-FREEZERS, DEEP FREEZERS, ICE-MAKING MACHINES; ELECTRIC ICE-CREAM MAKERS; ELECTRIC DRYERS, NAMELY, LAUNDRY DRYERS, TUMBLE LAUNDRY DRYERS; ELECTRIC HOT AIR HAND DRYERS; HAND-HELD ELECTRIC HAND DRYERS FOR DOMESTIC USE; VENTILATION DEVICES, NAMELY, VENTILATORS FOR OVENS, GREASE FILTER DEVICES AND EXTRACTOR DEVICES, NAMELY, RANGE HOODS, EXTRACTOR HOODS FOR RANGES; AIR CONDITIONING DEVICES AND DEVICES TO IMPROVE AIR QUALITY, NAMELY, AIR CONDITIONERS, AIR HUMIDIFIERS, WATER PIPING DEVICES AND SANITARY EQUIPMENT, NAMELY, MIXER FAUCETS FOR WATER PIPES; FITTINGS FOR STEAM, AIR AND WATER PIPING EQUIPMENT, NAMELY, SHOWER CONTROL VALVES; WARM WATER DEVICES, NAMELY, WATER HEATERS, STORAGE WATER HEATERS AND CONTINUOUS FLOW WATER HEATERS; KITCHEN SINKS; HEAT PUMPS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

OWNER OF INTERNATIONAL REGISTRATION 0942823 DATED 10-16-2007, EXPIRES 10-16-2017.

OWNER OF U.S. REG. NOS. 1,226,566, 3,078,075 AND OTHERS.

SER. NO. 79-045,970, FILED 10-16-2007.

SEC. 2(F).

JAMES STEIN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# HYDRO-BOOST

**Reg. No. 3,761,323** ROBERT BOSCH LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Mar. 16, 2010  2800 SOUTH 25TH AVENUE
BROADVIEW, IL 60155

**Int. Cl.: 12** FOR: VEHICLE BRAKING SYSTEMS COMPRISED OF HYDRAULICALLY ACTUATED
FORCE AMPLIFYING MECHANISMS, FOR USE ON LAND VEHICLES UP TO 20,000
POUNDS , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**
**PRINCIPAL REGISTER** FIRST USE 11-30-1974; IN COMMERCE 11-30-1974.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,625,147.

SER. NO. 77-833,856, FILED 9-24-2009.

IRA J. GOODSAID, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# BOSCH

**Reg. No. 5,440,334**

**Registered Apr. 10, 2018**

**Int. Cl.: 7, 9, 11, 12, 20, 35, 36, 37, 38, 39, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

Robert Bosch GmbH (GERMANY gesellschaft mit beschränkter haftung (gmbh) )
70469 Stuttgart
FED REP GERMANY

CLASS 7: Electric motors, not for land vehicles; starters for motors and engines, excluding those for land vehicles; generators, namely, electric generators and gas-operated power generators; Ignition devices for motors of land vehicles, namely, ignition systems for internal combustion engines; glow plugs; sparking plugs for internal combustion engines; Internal combustion engine parts, namely, lambda probes; Ignition parts for internal combustion engines, namely, ignition distributors, ignition coils; ignition magnetos for engines; sparking plug connectors for internal combustion engines; Engine parts, namely, injection pumps, fuel pumps for land vehicle engines; speed governors for machines, engines and motors; combustion engine fuel nozzles, namely, injection nozzles and nozzle holders; valves being parts of machines; fuel filters; oil filters; air filters for mechanical purposes and for vehicle motors and engines; Internal combustion engine parts, namely, hydraulic pumps, hydraulic motors, hydraulic valves actuators, hydraulic cylinders, hydraulic reservoirs, hydraulic filters; pneumatic valves actuators; compressed-air brakes for machines; Compressors as part of machines, motors and engines in the nature of compressed-air devices namely, air compressors, compressed-air reservoirs; pump control valves; valves being parts of machines, namely, braking valves; Automotive parts, namely, exhaust-gas turbochargers; servo drives and drive spindles for motors; resistance welding systems consisting primarily of electric welding machines and also containing hydraulic welding controls for electric welding machines, AC and MFDC power inverters, control software, input and output circuit boards; modular elements for automatic assembly/production technology, in the nature of workplace equipment, namely, tables specifically adapted to hold powered machinery and workbenches for machine tools in the nature of saw benches being parts of machines, machine mountings in the nature of leveling mounts for machines, machine parts, namely, fasteners for power-operated sharpening stones, namely, grindstone mount, safety and protective devices in the nature of mechanical devices for protecting persons and equipment, namely, power-operated life safety mechanisms, namely, a controlled descent device comprised of several descent slowing mechanisms allowing for the regulated descent at a fixed and safe speed; lifting devices, namely, lifting work platforms; industrial machine presses, namely, table presses; material provision and management systems comprised of conveyor belts, chain conveyors, vibratory feeder machines for handling bulk quantities of materials, tilting devices in the nature of tilting machines used with chain conveyers, programmable electrical grippers being machines parts for conveying machines and programmable electrical single-arm industrial robots; metal working machines, namely, mechanical, thermal and electrochemical deburring machines; packaging machines; electric power tools and their plug-ins parts namely, circular saws, drill drivers, reciprocating saws, impactor/impact driver, sanders, jigsaws, hammer drills, scroll saws, hole saws, chop saws, mitre saws, band saws, drill chucks, bench drill press, cordless screwdrivers, grinders, routers, tile saws, burrs, countersinks, rotary hammers, table saws, planers; electric kitchen appliances and accessories, namely, electric food processors; dishwashing machines; washing machines for household purposes; parts and accessories for the abovementioned products included in this class, namely, router bits, power saw blades, shanks being machine parts, thread milling cutters, chisels for machines, machine tool holders and non-electric drill adapters for use in joining extensions and power drill bits; starters for internal combustion engines



Director of the United States
Patent and Trademark Office

CLASS 9: Electrical and electronic measuring, monitoring and control devices for installation in motor vehicles to measure air pressure and fuel and exhaust gases, to regulate oxygen flow and fuel, and to modify or monitor engine performance, speed, engine transmission, and drive train; apparatus for recording, conditioning, processing, transmitting, receiving and indicating signals, data, images and sounds namely, audio recorders, digital media receivers; blank electric and electromagnetic data carriers; video cameras; monitors, namely, computer, television, video, and touchscreen monitors; loudspeakers; antennas for radio and television receivers; car aerials; portable radiotelephones; car telephones; alarm monitoring systems; devices for location and navigation for installation in land vehicles, aircraft and marine craft, namely, GPS navigation devices; high-frequency generators, namely, radio frequency generators for supplying radio-frequency energy; power supply devices, namely, power supplies; electric filters, namely, camera filters and antennae filters; semiconductor components, namely, semiconductor chips; optoelectronic components, namely, optical cables and filters for optical devices; Electric and electronic circuits, namely, printed, etched and casted circuits; integrated circuits; relays, electric; fuses; leads for electric, electronic and optical signals, namely, electric, electronic and optical cables; cable connections, namely, electrical cables for use in connections; electric switches; Voltage regulators, namely, electronic regulators for headlamp beam adjustment, electric motors; sensors, namely, electric sensors, acceleration sensors, and oil level sensors; detectors, namely, laser speed detectors and radar detectors; switching devices namely, automatic switching apparatus for telecommunication; switch boxes; solar cells and solar generators in the nature of solar batteries; automotive testing equipment, namely, diagnostic analyzers for motor vehicles, namely, for exhaust gas analysis, soot particle analysis, brake function testing equipment, electronic diagnostic instruments and equipment for simulations, engine testers, electronics test and measurement devices, namely, workshop test devices for injection pumps, starters and generators; Batteries; charging devices, namely, battery chargers; battery testers; amplifiers; transformers; cable drums in the nature of reels for electric wire; parts and accessories for the abovementioned goods included in this class, namely, electromagnets, electric voltage transformers, electric accumulators, electronic components in the nature of electronic switches, transmitters of electronic signals and liquid crystal displays, extension cords, adapter plugs, electric cables and special housings in the nature of electrical connector housings, electric switch housings; electronic control devices for production technology, namely, electronic controls for robots

CLASS 11: Heating, cooking, grilling, warming and cooling apparatus, namely, barbecue grills, warming drawers sold as parts of ovens for kitchens, stoves, water heaters, immersion heaters, electric slow-cookers, microwave ovens, electric food immersion heaters, electric waffle irons, electric deep fat fryers, deep freezers; gas igniters, namely, oven gas igniters; vehicle headlamps and lights, namely, lights for vehicles; cooling devices, namely, freezers and refrigerators refrigerated cabinets, combination refrigerator-freezers, deep freezers, ice making machines, ice-cream makers; ventilation systems comprised of ventilation hoods and exhaust fans; hair dryers; coffee machines, electric; Electric roasters; baking ovens; electric egg-boilers; Electric toasters; air-conditioning apparatus and installations; Laundry dryers, electric, namely, tumble dryers; Heating systems for residential and commercial buildings comprised of monitoring and control devices for gas heaters sold as a unit for heating systems; structural parts, fittings, and accessories for the abovementioned goods included in this class, namely, replacement parts for refrigerators and freezers, namely, refrigerator shelving in the nature of drawers, shelves, handles, egg racks, oven racks sold as parts of ovens, grease filters, microwave accessories, namely, rotating rings and turntables sold as parts of microwaves, broiling pans, convection racks sold as parts of ovens, propone igniters for gas appliances, cable harness kits consisting of electrical heating cables sold as parts of ovens, heating element broiler sold as parts of ovens, lint screens sold as parts of electric laundry tumble dryers, boot gaskets sold as parts of ovens; Defrosting apparatus for vehicles, namely, defrosting systems for windscreens

CLASS 12: Electric motors for land vehicles; restraining systems for installation in motor vehicles comprised of vehicle seat belt pre-tensioners, airbags and sensors in the nature of sensors for land vehicles, namely, electric power steering torque sensors, sold as a component of the power steering system; servo brakes and compressed-air brakes for land vehicles and aircraft; antilock brake systems for vehicles; traction control brake systems for vehicles and parts thereof; Gearboxes for land vehicles, namely, gearbox controllers; vehicle dynamics

control systems; windscreen wipers; hydraulic steering systems for land vehicles, aircraft and marine craft comprised of steering wheels and steering wheel locks; and structural parts and accessories for the abovementioned goods included in this class, namely, steering wheel structural parts in the nature of steering gears, steering racks, power packs comprised of an electric motor and an electronic control unit for a rear axle steering system, axle bearings for land vehicles, wheel bearing kits for use with land vehicles, transmission seals for automobiles, belt pulleys for land vehicles, universal joints for land vehicles, steering columns and steering column brackets as structural parts for land vehicles, steering column adjusting equipment, namely gears, steering output shafts, steering brakes, clutches for land vehicles, transmissions for land vehicles, valves, namely brake valves for land vehicles, power brake cylinders, electric drives for vehicles

CLASS 20: Furniture, in particular kitchen and bathroom furniture, wash stands; mirrored wardrobes; parts and accessories for the abovementioned goods included in this class, namely, furniture parts and furniture frames, furniture fittings, not of metal

CLASS 35: Providing economic consultation in field of economic preparation from an organizational point of view of space travel projects

CLASS 36: insurance brokerage services

CLASS 37: Installation, maintenance and repair of parts and accessories of motor vehicles, car radio systems, radio-telephones, power hand tools, workshop appliances and devices, power generators, of household and kitchen appliances, radio and television systems, sanitary devices, heating and air-conditioning systems and furniture; Motor vehicle maintenance and repair, namely, caring for and overhauling motor vehicles in motor sport organizations

CLASS 38: Audio, text and video broadcasting services over computer, satellites, or other communication networks, namely, featuring the uploaded, posted, displayed, tagged, and electronically transmission of data, information, audio and video images of others; transmission of sound, data and images via satellites

CLASS 39: Organization of tours, namely, providing transport for sightseeing tours, providing transport for guided tours of parks, cities, forests and landscape parks

CLASS 41: Training services and instruction of third parties in the field of electrical technology and electronics

CLASS 42: Design, development, and technical testing services for scientific research purposes and new product development for others in the field of an organizational point of view of space travel projects; surveillance of buildings and installations, namely, forensic analysis of surveillance video for forensic research purposes; consultancy in the field of building and construction planning in the nature of research on building construction and city planning; Design, development and installation of computer programs for data processing; carrying out development, test and research contracts in the nature of product research and development, product safety testing, scientific research; technical consulting services rendered by persons requiring a high degree of mental activity and relating to theoretical or practical aspects of complex branches of human effort in the fields of computer hardware, computer peripherals, computer software used for security systems, fire alarms, alarm central units, anti-intrusion alarms, burglar alarms, personal health, security alarms, smoke and gas alarms, home automation systems with computer networks and monitoring systems, hydraulic components, systems, and transmissions, open-source software for use in the automotive industry, the use and operation of electric motors and electrical and electronic control, regulation, switching and monitoring devices

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1180033, 0812138, 1226566

OWNER OF INTERNATIONAL REGISTRATION 0675705 DATED 12-14-1996, EXPIRES 12-14-2026

SEC.2(F)

SER. NO. 79-195,007, FILED 08-29-2016

# United States of America
## United States Patent and Trademark Office

# BOSCH

**Reg. No. 6,965,965**

**Registered Jan. 31, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Robert Bosch GmbH  (GERMANY GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
70469 Stuttgart
FED REP GERMANY

CLASS 25: Clothing, namely, t-shirts, polo shirts, button-up shirts, long sleeve shirts, blouses, ties, vests, jackets, coats, pants, sweatshirts, hooded sweatshirts, neck gaiters, gloves, shoes, hats

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 0749128 DATED 12-14-2000, EXPIRES 12-14-2030

SEC.2(F)

SER. NO. 79-306,593, FILED 02-17-2021



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



# United States of America

## United States Patent and Trademark Office

# BOSCH

**Reg. No. 7,117,059**
**Registered Jul. 25, 2023**
**Int. Cl.: 10, 28, 44, 45**
**Service Mark**
**Trademark**
**Principal Register**

Robert Bosch GmbH  (GERMANY gesellschaft mit beschränkter haftung (gmbh) )
Robert-Bosch-Platz 1
70839 Gerlingen
FED REP GERMANY

CLASS 10: Medical apparatus and instruments, not for use in dental procedures, in the nature of breath gas analyzers for medical diagnosis, oxygen monitors for medical use, lung function monitors for medical use, medical diagnostic apparatus for testing for viruses, analyzers for bacterial identification for medical purposes; suture materials

CLASS 28: Games and playthings, namely, toy tools and functional toys that resemble power tools

CLASS 44: Agriculture and horticulture services in the nature of pest control services for agricultural featuring crop scouting activities of evaluating pest pressure on crops and projecting potential effectiveness of pest control measures

CLASS 45: Security services for the protection of property and individuals, namely, providing surveillance of buildings and installations of others; personal and social services rendered by others to meet the needs of individuals, namely, companionship services for elderly, disabled, home-bound persons; personal and social services rendered by others to meet the needs of individuals, namely, telephone accompanying services in the nature of monitoring night-time telephone calls from within subscriber underground garages and notifying emergency responders when appropriate; personal and social services rendered by others to meet the needs of individuals, namely, providing personal shopping services for mobility-challenged individuals; personal and social services rendered by others to meet the needs of individuals, namely, chaperoning services provided via telephone; rental of fire alarms; rental of fire extinguishers; physical security consultancy

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1513980 DATED 12-18-2019, EXPIRES 12-18-2029

SEC.2(F)

SER. NO. 79-278,512, FILED 12-18-2019

**Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office

**Reg. No. 7,226,804**

**Registered Nov. 28, 2023**

**Int. Cl.: 7, 9, 10, 11, 12, 37, 42, 44**

**Service Mark**

**Trademark**

**Principal Register**

Robert Bosch GmbH  (FED REP GERMANY GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
Robert-Bosch-Platz 1
70839 Gerlingen
FED REP GERMANY

CLASS 7: Motors, electric, other than for land vehicles; starters for engines, other than for land vehicles; electric generators, ignition parts for internal combustion engines, namely, igniting distributors, ignition coils; glow plugs, sparking-plugs for engines, igniting distributors, ignition coils for automotive engines, Ignition magnetos for engines, spark plug connectors, fuel injection pumps, speed governors for machines, engines and motors, injectors for engines and nozzle carriers; valves for machines; fuel filters, oil filters, air filters for mechanical purposes; hydraulic pumps, hydraulic motors, hydraulic valves being parts of machines, hydraulic cylinders for machines, hydraulic reservoirs, hydraulic filters; pneumatic valves actuators, pneumatic devices, namely, vehicle pneumatic compressors, compressed air reservoirs being parts of machines, pump control valves, brake valves being parts of machines; turbo compressors being parts of machines; resistance welding installations, namely, resistance welding machines, servo drives for motors and gear spindles being parts of machines, robot electrical controllers; modular parts for assembly and manufacturing machines in the field of automatic engineering, namely, hydraulic equipment, namely, work tables being parts of machines and work benches being parts of machines, mounting plates for machines, namely, wear plates; safety couplings for machines, swivel couplings for machines, lifting devices, namely, hydraulic scissor lifting tables, industrial machine presses in the nature of table presses; material lifting and handling systems, namely, assembly line conveyor machinery and chain conveyors, vibrating conveyors, tilt mechanisms, control mechanisms for conveying and handling machines for transporting ceramic materials, namely, machine grab attachments and swan-neck robots being parts of machines; packing machines; electric power tools and plug-in tools therefor, namely, circular saws, drill drivers, reciprocating saws, impact drivers, sanders, jigsaws, hammer drills, scroll saws, hole saws, chop saws, mitre saws, band saws, drill chucks, bench drill press, cordless screwdrivers, grinders, routers, tile saws, burrs, countersinks, rotary hammers, table saws, planers; electric kitchen machines, and accessories therefor, namely, mincing machines, mixing and kneading machines, electric clothing pressing machines, juice extractors, juice centrifuges, grinders, slicing machines, electric can openers, electric knife sharpeners, and electric food processors; dishwashers; high frequency motor spindles with high frequency electric converters and power supply units; igniting devices for internal combustion engines, namely, condensers, distributors, igniters and ignition coils; component parts and accessories for the above mentioned machines, namely, drill bits, screwdriver bits, router bits, reciprocating saw blades, circular saw blades, scroll saw blades, jigsaw blades, forstner bits, shaper cutters, sanding bands, sanding belts, sanding disks, abrasive cut-off wheels, cutting guides, cutting discs, grinding discs, and abrasive discs for power saws and power grinders; power drills and power operated metalworking machine tools, namely, boring tools, power saws, belt sanding machines, wax- polishing machines for household and industrial purposes, electric hand-held drills, bolt cutting machine, diamond cutting tools for machines, threading machines, floor edgers, electric wax-polishing machines

Katherine Kelly Vidal

**Director of the United States Patent and Trademark Office**



commercial purposes, electric nibblers; electric scissors; electric floor polishing machines and apparatus, electric planers, electrical cutting apparatus, namely, cutting machines, paint stripping machines; files, power-operated tools; tile cutting machines, power operated tile saws, milling-drilling machines, milling cutters for milling machines, Power operated metalworking machine tools, namely, milling tools, milling machines; wood chopping machines, wood planing machines, wood grinding machines, Power machines for cutting and splitting logs for firewood; tapping machines, parts of woodworking machines, namely, routers, disc sanding machines; electric shears; infagricultural implements, other than hand-operated, namely, incorporators; machine coupling and transmission components, except for land vehicles, namely, couplings for machines; electricity generators used with solar collectors

CLASS 9: Electric and electronic measuring, checking and control apparatus for installing in motor vehicles, namely, automotive measuring instruments, namely, gauges to measure air pressure and fuel and exhaust gases, to regulate oxygen flow and fuel, and to modifyor monitor engine performance, speed, engine transmission, and drive train; apparatus for the recording, processing, sending, receiving and display of signals, data, images and sounds, namely, audio recorders, digital media receivers; blank magnetic and electromagnetic data carriers; video cameras, computer monitors, loudspeakers, antennas for radios and television receivers, telephones, car aerials, portable radiotelephones, car telephones, namely, portable telephones, mobile telephones; alarm monitoring systems; locating and navigation equipment for installation in land, air and water vehicles, namely, GPS navigation devices; electric power units, namely, electrical power distribution units, electric filters, semi-conductor components, namely, wafers, lead frames, power elements, and chip sets, optoelectronic components, namely, optical cables and filters for optical devices; printed circuits, etched computer switches, sealed computer switches, integrated circuits, electric relays and fuses, cables for electric, electronic and optical signals, electric cable couplings, switches, electric, electronic light range adjusters, alarm sensors, laser speed detectors, radar detectors, induction devices, namely, induction voltage regulators, switch boxes, solar cells; analysis apparatus for automobiles, namely, workshop test devices for analysis of exhaust gases, soot particles, brake function; diagnostic instruments and simulation devices, namely, diagnostic scan tools for exhaust gas analysis, soot particle analysis, brake function testing equipment, namely, handheld diagnostic scanners, Automotive testing equipment, namely, handheld diagnostic scanners, test apparatus for engines and motors, namely, workshop test devices for injection pumps, starters and generators; component parts and accessories for the aforementioned goods, namely, extension cords, adapter plugs, electric cables and special housings in the nature of electrical connector housings, and electric switch housings; computer hardware and downloadable software for reading and transmitting data from electric measuring devices; apparatus for recording, transmission or reproduction of sound or images; batteries, accumulators, battery chargers, battery testers, amplifiers, transformers, extension cable reels; hydrogen fuel cells for electric vehicles; fuel cells for stationary applications; lambda probes being electronic oxygen sensors for environmental use; electronic control apparatus for manufacturing engineering, namely, resistance welding controls; programmable electronic controllers, namely, motion and logic controllers for industrial automation, excluding gaming apparatus; accumulators for electric bicycles, Vehicle charging stations for electric bicycles; restraint systems for installation in motor vehicles, namely, pressure sensors

CLASS 10: Medical diagnostic instruments for use in medical analysis of blood samples taken from patients with the aid of artificial intelligence, integrating with a networked platform; medical devices and apparatus, and systems consisting thereof, for telemedical applications, namely, a portable device for emergency assistance for detecting and transmitting body function values and biosignals, namely, compact analysis devices with integrated recorded operating system software, sold as a unit; diagnostic apparatus for medical purposes, namely, breath analyzer apparatus for diagnosing asthma; Medical diagnostic apparatus for testing for viruses and sexually transmitted infections, namely, compact analysis devices; health monitoring systems, apparatus and

Case: 1:25-cv-06646 Document #: 1 Filed: 06/12/25 Page 31 of 32 PageID #:50

monitors, blood sugar monitors for monitoring bodily fluids, and respiration monitors for monitoring asthma in asthma patients; Medical devices for obtaining body fluid samples

CLASS 11: Heating, cooking, grilling, warming and refrigerating apparatus, namely, barbecue grills, warming drawers sold as parts of ovens for kitchens, stoves, water heaters, sous-vide machines, electric slow-cookers, microwave ovens, electric food immersion heaters, electric waffle irons, electric deep fat fryers; gas lighters, namely, friction lighters for igniting gas; headlamps and automotive lighting headlights for vehicles; refrigerating apparatus and machines, namely, freezers and refrigerators, refrigerated cabinets, combination refrigerator-freezers, deep freezers, ice making machines, ice-cream makers; ventilating installations comprised of ventilation hoods and exhaust fans; hair dryers; electric coffee brewers; electric roasters; bakers' ovens; electric egg cookers; electric toasters; air-conditioning installations; irrigation sprinklers; clothes dryers; windscreen defrosting apparatus for vehicles; component replacement parts and fittings for the aforesaid goods in this class, namely, refrigerator shelving in the nature of drawers, shelves, handles, egg racks, oven racks sold as parts of ovens, grease filters, microwave accessories, namely, rotating rings and turntables sold as parts of microwaves, broiling pans, convection racks sold as parts of ovens, propane igniters for gas appliances, cable harness kits consisting of electrical heating cables sold as parts of ovens, heating element broiler sold as parts of ovens, lint screens sold as parts of electric laundry tumble dryers, boot gaskets sold as parts of ovens

CLASS 12: Restraints and safety devices for motor vehicles, namely, seatbelt belt retractors and airbags; servo brakes and air brakes for land and air vehicles, antilock brake systems; traction control systems for automobiles comprised of brakes; gearing for land vehicles; vehicle dynamics control systems comprised of wheel-speed sensors, steering-angle sensors, yaw-rate and lateral acceleration sensors and engine controls responsive thereto; windshield wipers; parts and accessories for the above mentioned goods, included in this class, namely, steering wheel structural parts in the nature of steering gears, steering racks, power packs comprised of an electric motor and an electronic control unit for a rear axle steering system, axle bearings for land vehicles, wheel bearing kits for use with land vehicles, transmission seals for automobiles, belt pulleys for land vehicles, universal joints for land vehicles, steering columns and steering column brackets as structural parts for land vehicles, steering column adjusting equipment, namely gears, steering output shafts, steering brakes, clutches for land vehicles, transmissions for land vehicles, valves, namely brake valves for land vehicles, power brake cylinders, electric drives for vehicles; motors, electric, for land vehicles; structural replacement parts and fittings for the aforesaid goods included in this class, namely, gear shifts, ring gears, parts of wheel and axle suspensions for vehicles, namely, links, struts, rods, arms and bars, tie rods, and wheel suspensions, ; electric bicycles, parts for electric bicycles, namely, bicycle spoke clips, pedal cleats, pedal straps, handlebars, frames, motor controllers, and gear-boxes

CLASS 37: Installation, maintenance and repair of parts and accessories of motor vehicles, car radio systems, radio telephones, power hand tools, workshop appliances and devices, power generators, of household and kitchen appliances, radio and television systems, sanitary devices, heating and air-conditioning systems and furniture; maintenance and repair of motor vehicles during motor sport events; servicing and maintenance of fuel cells for stationary applications

CLASS 42: Building construction planning, and consultancy relating thereto; creating and installing computer programs for data processing; conducting computer software and hardware development initiatives, testing and research; technological consultancy and preparation of reports relating to technical research in the field of information technology; planning, development and technical testing of space projects; computer security services for protecting data and information from unauthorized access; design and development of computer hardware and software; engineering services, in the field of energy consultancy; development, programming and implementation of computer software for others for providing of access to platforms and portals on the internet

claims that medical records, telemedicine services, namely, evaluation of transmitted patient data for the assessment of the state of health of the patients

The color(s) red, dark red, purple, dark purple, blue, dark blue, green, dark green is/are claimed as a feature of the mark.

The mark consists of the following: A long rectangle design in dark red to red, dark purple to purple, dark blue to blue and dark green to green to dark green. The white background is not claimed as a feature of the mark.

PRIORITY DATE OF 07-21-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1645616 DATED 10-27-2021, EXPIRES 10-27-2031

SER. NO. 79-333,887, FILED 10-27-2021