# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT BOSCH GmbH and ROBERT BOSCH LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 25-cv-6646 <br><br> Judge Jorge L. Alonso |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, September 24, 2025, at 9:30 a.m., Plaintiffs, by their counsel, shall appear before the Honorable Jorge L. Alonso, and present Plaintiffs' Motion for Default and Default Judgment.

Respectfully submitted,

Dated: September 18, 2025     By:     s/Michael A. Hierl
Michael A. Hierl
William B. Kalbac
Robert P. McMurray
John Wilson
Elizabeth A. Miller
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com
Attorneys for Plaintiffs
ROBERT BOSCH GmbH and
ROBERT BOSCH LLC

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiffs' Motion for entry of a Preliminary Injunction was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 18, 2025.

                                                 s/Michael A. Hierl
                                                 Michael A. Hierl