# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT BOSCH GmbH and ROBERT BOSCH LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON AMENDED SCHEDULE A HERETO,<br>      Defendants. | Case No. 25-cv-6646<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, October 22, 2025, at 9:30 a.m., Defendants REM-Store and UMcar, by their counsel, shall appear before the Honorable Jorge L. Alonso and present Defendants' Motion to Vacate Default Judgment, Dissolve Injunction, and for Return of Funds Pursuant to Fed. R. Civ. P. 60(b).

DATED: October 13, 2025        Respectfully submitted,

       By:    */s/ Hongchang Deng*
                 Hongchang Deng
                 2108 N St., Ste.9124
                 Sacramento, CA 95816
                 M: +267 8888281
                 Email:Rdeng@lawmayus.com

                 *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Defendants' Motion to Vacate Default Judgment, Dissolve Injunction, and for Return of Funds Pursuant to Fed. R. Civ. P. 60(b) was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 13, 2025.

                                          */s/ Hongchang Deng*
                                          Hongchang Deng